| | |
|---|---|
| 1 | Christine M. LaPinta, Esq. (SBN 225990) |
| 2 | Trevor B. Potter, Esq. (SBN 265287) |
|   | SELTZER CAPLAN McMAHON VITEK |
| 3 | A Law Corporation |
| 4 | 750 B Street, Suite 2100 |
|   | San Diego, California  92101-8177 |
| 5 | Telephone: (619) 685-3003 |
|   | Facsimile: (619) 685-3100 |
| 6 | E-Mail: lapinta@scmv.com |
| 7 |         potter@scmv.com |
| 8 | Attorney for Defendant WHIRLPOOL |
| 9 | CORPORATION |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELEBRITY CHEFS TOUR, LLC, a California limited liability company; and PROMARK PRODUCTIONS, LLC, a California limited liability company,<br><br>        Plaintiffs,<br>    v.<br><br>MACY'S, INC., a Delaware corporation; WHIRLPOOL CORPORATION, a Delaware corporation; LEC Media, LLC., an Illinois limited liability company; EXECUTIVE PROGRAM SERVICES, INC., a Washington corporation; JACK O'DONNELL, an individual; SCOTT DUMMLER, an individual; DEVIN ALEXANDER, INC., a California corporation; DEVIN ALEXANDER, a.k.a. RENEE SIMONE, an individual; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. CV13-04438-JAK-VBK<br><br>**WHIRLPOOL CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B)(6)**<br><br>Date:    November 18, 2013<br>Time:    8:30A.M.<br>Dept.:   750 – 7TH Floor<br>Judge:   Hon. John A. Kronstadt<br><br>Complaint Filed:   June 19, 2013<br>Trial Date:        None set |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 18, 2013, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable John A. Kronstadt, Department 750 – 7th Floor, of the above-entitled court, located at 255 East Temple Street, Los Angeles, California, 90012-3332, Defendant Whirlpool Corporation ("Whirlpool") will move this Court to Dismiss each and every cause of action asserted in Plaintiffs Celebrity Chefs Tour, LLC's and Promark Productions, LLC's (collectively "Plaintiffs") Complaint pursuant to Federal Rule of Civil Procedure 12(B)(6) because Plaintiffs' Complaint does not contain facts sufficient to state a claim for relief against Whirlpool that is "plausible on its face" and Plaintiffs do not and cannot state any plausible claim against Whirlpool.

This Motion will be based upon this Notice of Motion and Motion, Whirlpool's Memorandum of Points and Authorities in Support of Motion to Dismiss filed herewith, Whirlpool's Request for Judicial Notice filed herewith, the pleadings submitted in the above-entitled action, the papers and records on file herein and upon such oral and documentary evidence as may be presented at the hearing on this matter.

Dated: September 3, 2013    SELTZER CAPLAN McMAHON VITEK
                            A Law Corporation


                            By:  /s/ Christine M. LaPinta, Esq.
                                 Christine M. LaPinta, Esq.
                                 Trevor B. Potter, Esq.
                            Attorneys for Defendant WHIRLPOOL
                            CORPORATION

---

1

WHIRLPOOL CORPORATION'S NOTICE OF MOTION AND    No. CV13-04438-JAK-VBK
MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT
TO FRCP 12(B)(6)